FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2016 JAN -6 PM 5: 04

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) Cause No. 1:16-cr- | |
| JORGE ANGULO, ) | |
| Defendant. ) | |

1:16-cr-0003 WTL-TAB

## INDICTMENT

The Grand Jury charges that:

Count One

*(21 U.S.C. 841(a)(1) Possession with Intent to Distribute Controlled Substances)*

On or about November 23, 2015, in the Southern District of Indiana, JORGE ANGULO, defendant herein, knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and/or a kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

**FORFEITURE**

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 21, United States Code, Section 853, if convicted of the offense set forth in the Indictment, the defendant shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

3. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 2, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL

_____
Foreperson

JOSH J. MINKLER
United States Attorney

By: _____
Michelle P. Brady
Assistant United States Attorney