UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | **1:16-cr-0003 WTL-TAB** |
| V. | ) | CAUSE NO. 1:16-cr- |
| JORGE ANGULO, | ) ) ) | |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Controlled Substances | 10 - Life | $10,000,000 | NLT 5 years |

Dated: _____  _____
JORGE ANGULO
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana